In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

**CRIMINAL MINUTES**

**Date:** February 24, 2016                **Time:** 1 hour 5 minutes

**Court Reporter:** Katherine Sulllivan

**Case No. and Name:** CR-14-0196-2CRB   USA v Leland Yee (present)

**Attorneys:**  (P) Susan Badger, William Frentzen, Waqar Hasib    (D) James Lassart, Nicholas Larson

**USPO:** Chris Carrubba

**Deputy Clerk:** Barbara Espinoza

**PROCEEDINGS:**

Sentencing as to count two of the second superseding indictment.

**SUMMARY:**

The defendant is sentenced to a custodial term of sixty (60) months as to count two of the second superseding indictment upon release to three (3) years supervised release under the standard and additional conditions imposed by this court. Assessment fee: $100. Fine: $20,000 due within five (5) days of sentence. Forfeiture: $1,066.00 seized from 1370 24th Ave., San Francisco, CA on March 26, 2014; and $27,400.00 in U.S. Currency, seized on February 18, 2015, from back account number XXXXX2825 held in the name of Leland Yee for Secretary of State 2014, at Wells Fargo Bank, San Francisco, California.

Self-surrender within thirty (30) days from date of judgment. The Court recommends the defendant be designated to Taft.

() The defendant is remanded to the custody of the United States Marshal.