**LAURA ROBINSON**
State Bar #135680
Law Office of Laura Robinson
6114 LaSalle Avenue, #216
Oakland, California 94611
Tel: (510) 384-8563
Fax: (510) 439-5314
Laurasrobinson@gmail.com

Counsel for Defendant Zhanghao Wu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-196 CRB |
| | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO PERMIT DEFENDANT TO |
| Plaintiff, | ) | WAIVE APPEARANCE AT MOTION |
| v. | ) | |
| | ) | |
| | ) | |
| ZHANGHAO WU, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Defendant Zhanghao Wu was released from custody in this action on various terms and

conditions under the supervision of Pretrial Services. Mr. Wu resides generally in New York

and is performing in accordance with all set conditions. He is therefore requesting that his

personal appearance be waived for the status conference now set for October 25, 2016 at 2:00

p.m. His attorney will be present.

IT IS HEREBY STIPULATED, by and between counsel for Zhanghao Wu and the Assistant

United States Attorney William Frentzen, that this Court allow Mr. Wu to waive his personal

appearance for the October 25, 2016 2:00 p.m. status conference date.



DATED: 10/21/16                    ____/s/_____
                                   LAURA ROBINSON
                                   Attorney for Zhanghao Wu

DATED: 10/21/16                    ____/s/_____
                                   WILLIAM FRENTZEN
                                   Assistant United States Attorney


        I hereby attest that I have William Frentzen's permission to file and have on file all

holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-

filed document.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Zhanghao Wu's personal appearance is waived for the status conference set on October 25, 2016 at 2:00 p.m.

SO ORDERED.

DATED:   10/24/2016

_____
JUDGE CHARLES R. BREYER
United States District Judge

3