**LAURA ROBINSON**
State Bar #135680
Law Office of Laura Robinson
6114 LaSalle Avenue, #216
Oakland, California 94611
Tel: (510) 384-8563
Fax: (510) 439-5314
Laurasrobinson@gmail.com

Counsel for Defendant Zhanghao Wu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-196 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO PERMIT DEFENDANT TO WAIVE APPEARANCE AT MOTION |
| v. | |
| ZHANGHAO WU, | |
| Defendant. | |

**STIPULATION**

Defendant Zhanghao Wu was released from custody in this action on various terms and conditions under the supervision of Pretrial Services. Mr. Wu resides generally in New York and is performing in accordance with all set conditions. He is therefore requesting that his personal appearance be waived for the status conference now set for November 16, 2016 at 12:00 p.m. His attorney will be present. At the last court date, defense counsel requested that Mr. Wu's personal appearance be waived at the next court date. The Court and Mr. Frentzen agreed

1   to the waiver, but the Court requires a proposed order to be filed by defense counsel.

2   IT IS HEREBY STIPULATED, by and between counsel for Zhanghao Wu and the Assistant

3   United States Attorney William Frentzen, that this Court allow Mr. Wu to waive his personal

4   appearance for the November 16, 2016 2:00 p.m. status conference date.

5

6   DATED: 11/3/16                    ___/s/_____
7                                     LAURA ROBINSON
                                      Attorney for Zhanghao Wu
8   DATED: 11/3/16                    ___/s/_____
9                                     WILLIAM FRENTZEN
                                      Assistant United States Attorney
10

11          I hereby attest that I have William Frentzen's permission to file and have on file all
12
    holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-
13
    filed document.
14

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Zhanghao Wu's personal appearance is waived for the status conference set on November 16, 2016 at 12:00 p.m.

SO ORDERED.

DATED: 11/4/2016

_____
JUDGE CHARLES R. BREYER
United States District Judge