DAVID MICHAEL BIGELEISEN (SBN #68681)
The Mills Building
220 Montgomery Street, Suite 348
San Francisco, CA 94104
Telephone: (415) 957-1717

Attorney for Defendant
**SERGE GEE**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>- against -<br><br>SERGE GEE,<br><br>    Defendant. | CASE NO.: CR 14 196 CRB<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND THEREON ORDER |

RECITALS

    Mr. Gee is accused of money laundering (18 United States Code Section 1956 (a) (1) (B) (i). Mr.

    This matter is currently set for October 12, 2022 at 1:30 P.M.

    The parties wish to re-set the status conference to October 26, 2022 at 1:30 P.M.

    Defense counsel David Michael Bigeleisen will be out of town from October 8, 2022 to

STIPULATION CONTINUING STATUS CONFERENCE AND THEREON ORDER

October 20, 2022.

The parties request that the status conference in this matter be re-set from October 12, 2022 at 1:30 P.M. to October 26, 2022 at 1:30 P.M..

DATED: September 8, 2022

/s/ Joseph Tartakovsky
JOSEPH TARTAKOVSKY
Assistant United States Attorney

DAVID MICHAEL BIGELEISEN
Attorney for Defendant
SERGE GEE

For the reasons stated above, the hearing previously scheduled for October 12, 2022, continued to October 26, 2022 at 1:30 P.M..

IT IS SO ORDERED.

DATED:_____

HONORABLE CHARLES R. BREYER
United States District Judge

2

STIPULATION CONTINUING STATUS CONFERENCE AND THEREON ORDER